**IN THE UNITED STATES BANKRUPTCY COURT**
Southern District of Ohio

| | |
|---|---|
| **In the Matter of**: } | |
| } | Case No. 11-55228 |
| Justin Gedeon } | |
| } | |
| } | Chapter 13 |
| } | |
| **Debtor(s)** } | |

**Notice of Change of Address**

My Former Mailing Address was:

Name:       Justin Gedeon

Street:       2045 Thistlewood Dr.

City, State, Zip: Columbus, OH 43015

**Please be advised that effective December 16, 2014,
my new mailing address is:**

Name:       **Justin Gedeon**

Street:        **1409 Roper Mountain Rd Apt 137**

City, State ,Zip: **Greenville, SC 29615**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was sent by electronic. mail on December 16, 2014 to the following:
**Trustee:**
Faye D. English
Chapter 13 Trustee
10 West Broad Street
Suite 900
Columbus, OH 43215-3449
**US Trustee:**
Office of the US Trustee
170 N. High Street
Suite 200
Columbus, OH 43215

**Served by Regular US Mail:**

**Debtor:**
Justin Gedeon
1409 Roper Mountain Rd Apt 137
Greenville, SC 29615

                                                    Respectfully Submitted,

                                                    /s/ Erin Schrader
                                                    Erin Schrader (0078078)
                                                    5 East Long Street
                                                    Suite 300
                                                    Columbus, Ohio 43215
                                                    (614) 228-4480