# IN THE UNITED STATES BANKRUPTCY COURT
## Southern District of Ohio

| | |
|---|---|
| **In the Matter of**: } | |
| } | Case No. 11-bk-55228 |
| Justin Gedeon } | |
| } | |
| } | Chapter 13 |
| } | |
| **Debtor(s)** } | |

## Notice of Change of Address

**My Former Mailing Address was**:

Name:     Justin Gedeon

Street:     1409 Roper Mountain Rd Apt 137

City, State, Zip: Greenville, SC 29615

**Please be advised that effective February 25, 2016
my new mailing address is:**

Name:     Justin Gedeon

Street:     1247 W. Hudgins St.

City, State ,Zip: Grapevine, TX 76051

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was sent by electronic mail on February 25, 2016 to the following:

**Trustee:**
Faye D. English
Chapter 13 Trustee
10 West Broad Street
Suite 900
Columbus, OH 43215-3449
**US Trustee:**
Office of the US Trustee
170 N. High Street
Suite 200
Columbus, OH 43215

**Served by Regular US Mail:**

**Debtor:**
Justin Gedeon
1247 W. Hudgins St.
Grapevine, TX 76051

Respectfully Submitted,
/s/ Erin E. Schrader
Erin E. Schrader (0078078)
Rauser & Associates
5 East Long St., Suite 300
Columbus, OH 43215
(614) 228-4480