**IN THE UNITED STATES BANKRUPTCY COURT**
**Southern District of Ohio**

| | |
|---|---|
| **In the Matter of**: } | |
| } | Case No.: 11-bk-55228 |
| Michelle Gedeon } | |
| } | |
| } | Chapter 13 |
| } | |
| **Debtor(s)** } | |

**Notice of Change of Address**

**My Former Mailing Address was**:

Name:        Michelle Gedeon

Street:        203 Trotters Circle

City, State, Zip: Columbus, OH 43015

**Please be advised that effective June 8, 2016**
**my new mailing address is:**

Name:        Michelle Gedeon

Street:        203 Trotters Circle

City, State, Zip: Delaware, OH 43015

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was sent by electronic mail on June 8, 2016 to the following:

**Trustee:**
Faye D. English
Chapter 13 Trustee
10 West Broad Street
Suite 900
Columbus, OH 43215-3449
**US Trustee:**
Office of the US Trustee
170 N. High Street
Suite 200
Columbus, OH 43215

**Served by Regular US Mail:**

**Debtor:**
Michelle Gedeon
203 Trotters Circle
Delaware, OH 43015

                                  Respectfully Submitted,
                                  /s/ Erin E. Schrader
                                  Erin E. Schrader (0078078)
                                  Rauser & Associates
                                  5 East Long St., Suite 300
                                  Columbus, OH 43215
                                  (614) 228-4480